UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-5051-GW (JEM) | Date | January 6, 2021 |
|---|---|---|---|
| Title | Kosa Rabah Nouri v. Chad Wolf, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge | |
|---|---|---|
| | S. Lorenzo | |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: PROCEEDINGS FOLLOWING PETITIONER'S RELEASE FROM CUSTODY**

On December 30, 2020, Respondent filed a status report indicating that Petitioner was released from custody on or about December 22, 2020. Thus, it appears that the Petition is moot because Petitioner has received the relief he sought.

If Petitioner concurs that his Petition is moot, he shall file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) no later than **January 20, 2021**.

If Petitioner chooses not to file a notice of voluntary dismissal, he is **ORDERED TO SHOW CAUSE** in writing, no later than **January 20, 2021**, why this action should not be dismissed as moot based on his release from custody.

Petitioner is cautioned that failure to respond to this Order as outlined above may result in a recommendation that this action also be dismissed for failure to prosecute and/or failure to comply with a court order.

cc:   Parties

:  
Initials of Preparer    slo